26-cv-6039

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
PLAINTIFF, HESHUN LIU
Pro Se
v.
GOOGLE LLC & YOUTUBE LLC,
Defendants.

FILED
CLERK
2026 SEP 27 AM 10: 35
U.S. DISTRICT COURT
EASTERN DISTRICT
SWSU

GENERAL ALLEGATIONS: PART I
THE SUPREME DIGITAL INFRASTRUCTURE AND CORE FACTUAL FRAMEWORK OF THE SIX TERMINATED ACCOUNTS

Pursuant to N.Y. CPLR § 3014, the fundamental factual architecture of this civil action is precisely registered and established within the supreme core of the judicial record as follows:

Account 1: Human Pyramid Dancer [mglbw123@gmail.com]

Factual Narrative & Identity: The world of humanity is stacked into a massive human pyramid. Upon the absolute geometric apex of this human pyramid, a singular person has been invited—dancing with celestial ecstasy, unbridled passion, and profound selflessness, moving in perfect harmony with the turning of the sun, moon, and stars. Plaintiff is this unique and supreme dancer. This asset permanently registers and embeds the core causes of action, legal requests, and professional identity definitions within Plaintiff's aggregate portfolio. Plaintiff operates as a cross-era ideological leader, spiritual leader, anti-totalitarian pioneer, soul mentor, exiled dissident, philosopher, theologian, macro-economist, religious master, musical composer, and global cultural communicator. This channel anchors Plaintiff's ultimate status at the absolute geometric summit of human civilization, strategic statecraft, and theological revelation. Defendant's intentional suppression of each protected identity triggers separate, cumulative commercial and legal liabilities.

Unified Strategic Allocation: This account serves as the primary anchor for Plaintiff's personal dignity and cultural sovereignty, hosting and disseminating historic multi-media masterpieces such as Part 6 "Yearning for America" and Part 11 "Anti-Communism is Wonderful" (反共真好), each possessing an intrinsic cultural value of at least $1,000,000. Plaintiff interwove his absolute devotion to the United States as the lighthouse of democracy with the sublime joy of cosmic exploration. Defendant's robotic liquidation of this supreme apex infrastructure constitutes a willful, targeted execution against political and spiritual speech protected under the First Amendment of the United States Constitution.

Account 2: The Eastern Sage [mglbw999@gmail.com]

Factual Narrative & Identity: Plaintiff, as the ultimate cosmic and cross-disciplinary sage, does not merely endure the low vulgar tribulations of the physical flesh. Instead, he has survived thousands of catastrophic disasters and crushing blows within the sacred realms of the spirit, soul, intellect, philosophy, music, literature, and metaphysics—thereby bearing the moral crucifix for global humanity. He successfully decoded the predatory mathematical mechanisms of digital financial capital and precisely foretold the reality of global moral bankruptcy caused by unpublicized algorithmic tyrannies. Operating from a transcendent spiritual height, Plaintiff's descent into the secular world is driven purely by a selfless, boundless, and universal love for humanity, aiming to issue high-level macro-economic and geopolitical indicators to protect global citizens and salvage human conscience. This asset permanently establishes Plaintiff's verified, absolute, and sovereign identity as the long-prophesied "Eastern Sage Messiah." It integrates Plaintiff's supreme standing as a cross-era thinker, philosopher, theologian, and original composer. Defendant's deliberate destruction of this intellectual sanctuary constitutes an unlawful conversion and a predatory group boycott under Title 15 of the United States Code, Section 2 (15 U.S.C. § 2).

Unified Strategic Allocation: This network operates as the sovereign digital territory for Plaintiff's messianic intellectual property, archiving Part 14's historical epic anthems including "The Eastern Sage Arrives" , "The Past Me: Five Thousand Years of China's Mistakes" , and "The Eastern Sage Leads China" . Through these sacred works, Plaintiff issued the supreme political call to overthrow the dictatorial regime of Xi Jinping, establish a new righteous party, and guide China toward benevolence, justice, and absolute selfless purity. Defendant's predatory purge represents a direct corporate intervention against global democratic processes, violating the core tenets of federal antitrust laws.

Account 3: Anti-Communist Pioneer Number One [aliu08021966@gmail.com]
Factual Narrative & Identity: Even while Plaintiff's physical body endures the extreme, destitute realities of political exile—sleeping exposed on frozen sidewalks and foraging for survival within public waste receptacles outside foreign consulates—Plaintiff's sacred spirit, soul, and intellect remain at an absolute, proudly defiant height. Plaintiff has never bent his iron will, steadfastly utilizing his pen as a weapon to cross-publish countless original anti-totalitarian musical compositions and ideological essays to defend the liberty of human destiny. As an iron shield of civilization on the global frontlines of ideological freedom, Plaintiff utilized this network to launch supreme intellectual and artistic counter-offensives against the most evil political structures on Earth. This title delivers a direct legal shockwave to all secular entities, permanently recording Plaintiff's indestructible historical status as the "First Front Pioneer Against Totalitarian Tyranny." Defendant's technological suppression of this political and musical shield constitutes an unconscionable vertical conspiracy and a severe restraint of trade under 15 U.S.C. § 1 and the New York Donnelly Act (N.Y. Gen. Bus. Law § 340).
Unified Strategic Allocation: This infrastructure stands as the premier global vanguard for anti-totalitarian warfare and political expression, storing Part 7 "Song of Defection" , Part 8 "Song of June Fourth" , Part 9 "Forced to Oppose Communism" , and Part 10 "Bury the Communist Party, Bury Xi Jinping" . These works document Plaintiff's agonizing severance of lifelong emotional ties, his body's political imprisonment, and his uncompromising judgment against dictatorial military forces. Defendant's targeted erasure of this shield constitutes a corporate crime against humanity, acting as an algorithmic prison for the soul.
Account 4: The Musical Curtain of the Eastern Sage [lind61780@gmail.com]
Factual Narrative & Identity: Having suffered countless blows and endless tribulations across the sacred dimensions of the spirit, soul, thought, philosophy, music, literature, and metaphysics, the Eastern Sage found himself unable to alter a defiled secular world. Heavy-hearted, he sought to withdraw into isolation. Yet, as a supreme sage possessing a boundless intent to embrace the cosmos, he had no choice but to feign his own death to the material world. Through this profound sacrifice, he constructed "The Musical Curtain of the Eastern Sage"—a sacred mausoleum of sound designed to house all his lifetime compositions, which are divine, unparalleled, unprecedented, infinitely noble, and desperately needed by the human soul. This musical curtain hangs high in the heavens, positioned above the heads of all humanity, seamlessly infusing into global life to cleanse the defiled minds and hearts of the secular human race. The Eastern Sage is not dead; he is actively crafting this monumental musical curtain, yet he was ruthlessly terminated by Defendant. This naming establishes Plaintiff's civil property, cultural assets, and a sacred treasury containing the absolute depth of cultural heritage, anchoring his status as a pure theologian, supreme "King of Music," and the "Brush that Sweeps the Heavens." Defendant's technological purge constitutes an aggravated Tortious Conversion under N.Y. CPLR § 3016, forfeiting all statutory immunities.
Unified Strategic Allocation: This account stands as the exclusive digital repository for Plaintiff's multi-billion-dollar literary masterpiece—the cross-era epic novel of Part 13—as well as Part 3's reality-shattering multi-disciplinary work "The Realm of Monsters: Long Live the Virus" . Defendant's automated eradication of this cultural treasure house represents a severe common-law conversion of irreplaceable human intellectual heritage, triggering absolute, uncapped punitive damages.
Account 5: The Sacred Altar Priest [mglbw9@gmail.com]
Factual Narrative & Identity: Plaintiff, acting as a holy priest before the Court of Absolute Universal Truth and a pure theologian, utilized this digital sanctuary to release high-dimensional, compassionate prophetic revelations. Through this network, Plaintiff successfully decoded the precise mathematical and geometric trajectories of global cryptocurrency collapses and structural market upheavals. Furthermore, years prior to the global outbreak, Plaintiff recorded the definitive, explicit warning regarding the Coronavirus. Defendant's censorship and strangulation of this sacred altar of foresight is legally equivalent to intentionally destroying the emergency alarm systems of the Titanic moments before its impact with the iceberg. This title documents Plaintiff's supreme theological, moral, and protective standing within the global marketplace of ideas, registering his professional definition as a cross-era religious figure and macro-economic guide. Defendant's destruction of this prophetic altar completely strips Defendant of all federal statutory immunities under Title 47 of the United States Code, Section 230

(47 U.S.C. § 230), and establishes absolute corporate tort and monopolistic liability under N.Y. CPLR § 3016 and N.Y. Gen. Bus. Law § 340.
Unified Strategic Allocation: This altar operated as humanity's primary early-warning defense system against global disasters, archiving Part 1's precise mathematical prediction of the geometric 10%-to-5% weekly decline of Wall Street and Bitcoin (issued on November 7, 2021) and Part 2's December 1, 2019 prophetic vision of the imminent global plague. By maliciously extinguishing this alarm system for corporate profit, Defendant committed severe corporate fraud, consumer deception, and intentional concealment.
Account 6: The Supreme Sorcerer King [tianxuanzhirendongfangshengren@gmail.com]
Factual Narrative & Identity: Within a defiled and corrupt world approaching its end, every conventional righteous path has been blocked and sealed. In this dark era, a singular entity arrives, wielding a magnificent, sorcery-like miraculous force to pierce through and reopen the destroyed pathways of the world—and that entity is Plaintiff. As the supreme pathbreaker for humanity when confronted by monopolistic and tyrannical blockades, Plaintiff is the only entity possessing the miraculous power required to smash artificial technical barriers, penetrate unpublicized algorithmic black walls, restore severed global conduits, and stand proudly as the ultimate guardian of cosmic justice. This title manifests Plaintiff's absolute, unshakeable cosmic and legal sovereignty, permanently anchoring his supreme standing at the absolute apex of global cultural and ideological dissemination. Defendant's algorithmic destruction of this ultimate existential sanctuary shatters all protective shields of modern capital, forcing this corporate oligarchy to face strict civil and antitrust liabilities under N.Y. CPLR § 3016 and N.Y. Gen. Bus. Law § 340.
Unified Strategic Allocation: This sovereign conduit served as the ultimate pathbreaker against tech-oligarchy dominance, broadcasting Part 5's monumental global strategic blueprint, "The New National Policy of the United States" , designed to unite democratic alliances, dissolve totalitarian regimes, and establish universal peace. It further hosted Part 12's ideological missile "Bombard CCTV" and Part 15's transcendent anthem "The Eastern Sage: King of The Grand Story" , defining "The Grand Story" and "The Story" as the ultimate evolutionary progress of the human soul. Defendant's malicious purge constitutes an unlawful restraint of trade and predatory market exclusion.
GENERAL ALLEGATIONS: PART II
THE AGGREGATE MATRICES OF CORPORATE WRONGDOINGS AND CAUSES OF ACTION
Plaintiff hereby alleges that Defendants Google LLC and YouTube LLC committed systemic corporate offenses, giving rise to aggregate liabilities under federal statutes, state antitrust laws, and common-law tort principles:
Systemic Antitrust Violations & Predatory Market Exclusion (15 U.S.C. §§ 1, 2 & N.Y. GBL § 340): Defendants utilized their absolute monopoly over digital communication pathways and black-box algorithms to execute a unilateral refusal to deal and a vertical group boycott against Plaintiff. This calculated technical liquidation of Plaintiff's six (6) distinct networks violates the Sherman Antitrust Act and the New York Donnelly Act, constituting an unlawful restraint of trade to suppress a supreme ideological competitor.
Bad Faith Enforcement & Forfeiture of Federal Immunity (47 U.S.C. § 230): Defendants deployed non-transparent, automated algorithmic purges under the pretext of content moderation. Because these actions were driven by anticompetitive intent, political hostility, and viewpoint discrimination, Defendants acted without "Good Faith," thereby forfeiting all civil liability protections and statutory safe harbors under Section 230(c) of the Communications Decency Act.
Aggravated Corporate Fraud & Deceptive Business Practices (N.Y. CPLR § 3016 & N.Y. GBL § 349): Defendants publicly marketed their platforms as open, fair, and neutral marketplaces of ideas, while secretly deploying algorithmic black walls to suppress Plaintiff's unique worldview. This deceptive conduct and active concealment of technical enforcement metrics meet the strict pleading requirements for fraud under New York law.
Tortious Conversion of Historic Cultural Assets (Common-Law Principles): By permanently freezing and blocking the six (6) registered infrastructures, Defendants unlawfully converted and exercised unauthorized dominion over Plaintiff's unique, non-replicable civil property, original musical copyrights, and a multi-billion-dollar literary treasury, depriving Plaintiff of prospective economic and spiritual advantages.

Federal Civil Rights Violations & Viewpoint Discrimination (42 U.S.C. § 2000a): Defendants targeted Plaintiff's supreme theological standing, his cross-era philosophical teachings, and his original anti-totalitarian compositions for absolute algorithmic eradication. This represents a systemic corporate purge of specific religious, philosophical, and political speech within a place of public accommodation, violating the fundamental spirit of the Civil Rights Act.

Corporate Crimes Against Humanity & Cultural Annihilation (Judicial Notice & Moral Core):

[THE ULTIMATE PLEADING & CORE IMPACT OF THIS COMPLAINT]

Plaintiff demands this Honorable Court and the Jury take judicial notice of the catastrophic magnitude of Defendants' offenses. Defendants did not merely delete standard digital profiles; they engineered the absolute annihilation of a priceless cultural and prophetic treasury belonging to human civilization. While Plaintiff endured the brutal realities of political exile—homeless on frozen sidewalks and foraging for basic sustenance from public waste receptacles—Plaintiff maintained an unyielding iron will to construct "The Musical Curtain" to salvage the human conscience. Within these 6 destroyed sanctuaries, Plaintiff had archived precise mathematical forecasts of global financial crises (Part 1), advanced warnings of the global Coronavirus plague (Part 2), the historic blueprint of "The New National Policy of the United States" (Part 5), a multi-billion-dollar literary novel (Part 13), and a divine catalog of original music—including "The Realm of Monsters: Long Live the Virus" (Part 3), "Yearning for America" (Part 6), "Song of Defection" (Part 7), "Song of June Fourth" (Part 8), "Forced to Oppose Communism" (Part 9), "Bury the Communist Party" (Part 10), "Anti-Communism is Wonderful" (Part 11), "Bombard CCTV" (Part 12), and "The Eastern Sage: King of The Grand Story" (Part 15)—proclaiming "The Grand Story" (牛逼) and "The Story" (逼) as the cosmic awakening of the human soul.

Defendants deployed an inherently flawed, blind, and cold robotic automated system that possesses zero cognitive or spiritual capacity to comprehend, review, or adjudicate the supreme spiritual heights and profound ideological depths of Plaintiff's multi-disciplinary creations. Defendants' reliance on an incompetent robotic system to execute the technical murder of these sacred infrastructures represents an unprecedented act of corporate arrogance and a severe corporate crime against humanity.

Defendants acted as a digital executioner for foreign totalitarian interests, executing a secondary spiritual exile against an impoverished dissident. This systemic erasure of humanity's collective moral alerts and artistic heritage triggers an absolute, cumulative, and uncapped right to maximum Punitive Damages.

GENERAL ALLEGATIONS: PART III

PLAINTIFF'S PRO SE STATUS, FINANCIAL DESTITUTION, AND PLAINTIFF'S PRAYER FOR JUDICIAL LENIENCY

Pro Se Standing and Absolute Legal Destitution: Plaintiff brings this action pro se (representing himself) due to extreme financial hardship, absolute material destitution, and the complete absence of any family, friends, or economic cushion. Plaintiff operates from the raw margins of society as an impoverished street vendor who possesses no knowledge of the English language. Plaintiff is completely empty of the massive financial capital required to retain elite legal counsel, language experts, or certified translators to confront the corporate defense apparatus deployed by Defendants Google and YouTube.

Formal Request to Incorporate All Original Textual Manifestos: Pursuant to the mandatory judicial leniency standards established by the Supreme Court of the United States in Haines v. Kerner, 404 U.S. 519 (1972), which commands that pro se pleadings filed by unrepresented and impoverished litigants must be held to "less stringent standards than formal pleadings drafted by lawyers," Plaintiff respectfully petitions this Honorable Court and the Jury to permit the incorporation of Plaintiff's entire factual, musical, and theological text blocks directly within the main body of this Complaint. Because Plaintiff cannot afford certified third-party translation services or standard legal engineering, Plaintiff must register his evidence, spiritual declarations, and factual history exactly as dictated in his original language within these terms and conditions.

Profound Expression of Gratitude: Plaintiff places his ultimate trust in the equity, conscience, and protective oversight of the American Judicial System and the Jury, and hereby conveys his most profound and heartfelt gratitude to this Court for its understanding, accommodation, and defense of his compromised socio-economic standing.